JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

AYE SU MON,

     Plaintiff,

v.

U.S. CITIZENSHIP AND
IMMIGRATION SERVICES,

     Defendant.

Case No. 2:25-cv-12368-SB-SK

FINAL JUDGMENT

     For the reasons stated in the separate order granting Plaintiff Aye Su Mon's motion for default judgment entered this date, it is ordered and adjudged that: Defendant U.S. Citizenship and Immigration Services shall adjudicate Plaintiff's Form I-765, Application for Employment Authorization (receipt number IOE0932704121) by no later than May 27, 2026.

     This is a final judgment.

Date: May 1, 2026

_____
Stanley Blumenfeld, Jr.
United States District Judge

1